Revised *01/2012*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**

FILED
APR 16 2018
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Application (1)

IN RE:

| ALLEN F. CANNON, | 15-70175 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: CATERPILLAR FINANCIAL SERVICES

PHONE NUMBER: 309-675-5489    LAST FOUR DIGITS OF SOCIAL SECURITY NO: 2744

MAILING ADDRESS: 100 NE Adams St AB6120

CITY: Peoria    STATE: IL    ZIP: 61629

and that a dividend in the amount of $ 4,507.34 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 4/2/2018

_____
Claimant's Signature

State of Illinois
County of Peoria
Subscribed and sworn to before me this 2nd day of April, 2018

Jennifer R Baldwin
Notary Public

My commission expires: June 11, 2018

Mail to: United States Bankruptcy Court
Attn: Annette Anderson, Finance
615 E. Houston, Suite 546
San Antonio, TX 78205

OFFICIAL SEAL
JENNIFER R. BALDWIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-11-2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
__MIDLAND__ DIVISION

IN RE:

| | | |
|---|---|---|
| ALLEN F. CANNON, | § § § § § § § § | 15-70175 |
| | | Chapter 13 |
| Debtor(s) | | Bankruptcy Case No. |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the __26__ day of __February__, 20__18__, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

○ Austin Division
US Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

○ San Antonio Division
US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

⦿ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 4/2/2018          By: [signature]

# CATERPILLAR

Caterpillar Inc.

100 NE Adams Street, AB 5310
Peoria, IL USA 61629-6120

I, Joseph Creed, Vice President of Caterpillar Inc., being first duly sworn, state as follows:

That Eric Nieukirk, Corporate Real Estate & Global Economic Development Manager, is hereby authorized by and on behalf of Caterpillar Inc. to claim and receive all unclaimed property of any kind, inclusive of Federal, State, or local jurisdiction related payments, currently being held in Caterpillar's or in any of its affiliates' names by Federal, State or local jurisdiction unclaimed property divisions or courts, counties or other government agencies.

I also grant limited power of attorney to Keith Keeley and Mike Cincotta with Ryan, LLC to discuss Caterpillar's or any of its affiliates' claims or any matters concerning those claims with claims examiners in Federal, State or local jurisdiction unclaimed property divisions or courts, counties or other government agencies.

This limited power of attorney shall expire on December 31, 2019.

IN WITNESS WHEREOF, I have hereto set my hand this 7th day of Feb., 2018.

_____
Joseph Creed, Vice President

_____
Notary Public

City/County of DuPage
State of IL

**OFFICIAL SEAL**
**RITA MOORE**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/08/18

The foregoing instrument was acknowledged before me this 7th day of Feb., 2018.

My commission expires: 9/08/18