

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 10, 2018.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Midland Division

IN RE: **Allen F. Cannon**, Debtor(s)    Case No.: 15–70175–tmd

ORDER DENYING PAYMENT
OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

  NAME:  CATERPILLAR FINANCIAL SERVICES
  ADDRESS: 100 NE ADAMS ST AB6120
       PEORIA, IL 61629

Claimant, for payment of a dividend from unclaimed funds in the amount of $4,507.34.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
         Date funds were paid:
         Per court order signed:
         Schedule Number:
         Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☒ 4. Other: NO PROOF OF OWNERSHIP OF FUNDS; NO PROOF OF IDENTIFICATION; AO213 FORM NOT SIGNED, AND DOES NOT MATCH THE APPLICATION.

###